**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**KATHY K. SPENCER**                                                              **PLAINTIFF**

**V.**                                      **CAUSE NUMBER: 2:11CV243  MPM-SAA**

**SPENCER ENTERPRISES, INC.,**                                      **DEFENDANTS**
**doing business as**
**ASHLEY FURNITURE HOME STORES, INC., ET AL.**

**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled, or is in the

process of being settled.   Therefore, it is not necessary that the actions remain upon the calendar

of the court.

It is ORDERED that the action is DISMISSED without prejudice.  The court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that

settlement has not been completed and further litigation is necessary.

This the 19th day of March, 2013.

                                        **/s/ MICHAEL P. MILLS**                
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**
                                        **NORTHERN DISTRICT OF MISSISSIPPI**